IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA; the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, WASHINGTON, WISCONSIN, the Commonwealths of MASSACHUSETTS, VIRGINIA, PUERTO RICO, and the DISTRICT OF COLUMBIA, ex rel., MARK ULRICH, <br><br> Plaintiffs and Plaintiff-Relator, <br><br> vs. <br><br> TEVA PHARMACEUTICALS USA, INC.; ANDA INC.; POLARIS PHARMACY SERVICES, LLC; AKP MANAGEMENT, LLC A/K/A BLAKE PHARMACY, LLC; JANUS RX, LLC; DOTTIE'S PHARMACY, LLC; GENOA HEALTHCARE LLC; ADVENTIS HEALTH SYSTEM SUNBELT HEALTHCARE CORP. D/B/A ADVENTHEALTH; UNIVERSITY OF MIAMI D/B/A SYLVESTER COMPREHENSIVE CANCER CARE CENTER; JACKSON HEALTHCARE SERVICES, LCC D/B/A JACKSON HEALTH SYSTEM; H. LEE MOFFITT CANCER CENTER AND RESEARCH INSTITUTE, INC. D/B/A MOFFITT CANCER CENTER; ALIVIA HEALTH MANAGEMENT LLC D/B/A ALIVIA HEALTH; and ACARIAHEALTH PHARMACY, INC., <br><br> Defendants. | Civil Action No.: 24-cv-10965-MJJ <br><br><br> **FILED UNDER SEAL** |

**RELATOR'S NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

Pursuant to Federal Rule of Civil Procedure 41(a) and 31 U.S. Code § 3730(b), Plaintiff-

Relator, Mark Ulrich ("Relator"), hereby provides notice that he is voluntarily dismissing the

1

above-captioned action without prejudice. Defendants have not filed or served an answer in this action. No parties other than the United States Government and Relator have appeared in this matter. The United States Government has indicated that it will file a notice consenting to the dismissal, provided that the dismissal is without prejudice to the United States. Accordingly, Relator notices voluntary dismissal of this action, without prejudice.

Dated: March 21, 2025

Respectfully submitted,

/s/ *Edward M. Fitzgerald*
James E. Miller
Edward M. Fitzgerald
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Tel: (866) 544-5505
Fax: (866) 300-7367
Email: jemiller@millershah.com
emfitzgerald@millershah.com
lrubinow@millershah.com

Bruce D. Parke
Eric L. Young
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Tel: (866) 544-5505
Fax: (866) 300-7367
Email: bdparke@millershah.com
elyoung@millershah.com
ajberin@millershah.com

*Attorneys for Plaintiff-Relator*